**"UNDER SEAL"**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUN 19 2013
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) STONEY SHEW )<br>(2) TONY LEE BLEVINS )<br>(3) DANIEL LEE FOSTER )<br>(4) STEPHEN FRANKLIN WOOD )<br>(5) BRANNON ALLEN MCMANUS )<br>(6) CRYSTAL GAIL GREGORY )<br>(7) CHAD DOUGLAS CHURCH )<br>(8) MICHAEL COMBS, )<br>    a/k/a MC HAMMER )<br>(9) ABBY WILMOTH, )<br>    a/k/a ABBY JONES )<br>(10) STEPHEN JAMES BLANKENSHIP )<br>(11) LARRY DON BROWN )<br>(12) MISTY ANN FENDER, )<br>    a/k/a MISTY FENDER GILBREATH )<br>(13) MATTHEW CHAD LOVETTE )<br>(14) BROOKELYN MICHELLE MILLER )<br>(15) RIKKI ANN OSBORNE )<br>(16) TONY STEVEN STEELMAN )<br>(17) FRANKIE WAYNE BLEVINS )<br>) | DOCKET NO. 5:13CR53<br><br>**ORDER TO SEAL**<br>**INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed until further Order of this Court, to protect the secrecy of the ongoing investigation and avoid endangering officer safety during the arrest process,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This __19th__ day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE