IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CR-00053-KDB-DCK-1

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| STONEY SHEW | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant Stoney Shew's *pro se* Emergency COVID-19 Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. (Doc. No. 492). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny the motion without prejudice to a renewed motion properly supported by medical evidence.

Defendant is a 39-year-old male who states in his motion "Although Defendant does not have any 'underlying health conditions' as identified by the Centers of Disease Control and Prevention which makes the contraction of the novel COVID-19 virus a more serious health event…." The Court has previously addressed the Defendant's requests and the Defendant presents no new evidence that would change the Court's prior ruling. (Doc. No. 491).

**IT IS, THEREFORE, ORDERED**, that the Defendant's *pro se* Emergency COVID-19 Motion for Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018, (Doc. No. 492), is **DENIED** without prejudice to a renewed motion properly supported by medical evidence.

**SO ORDERED.**

Signed: October 6, 2020

Kenneth D. Bell
United States District Judge