# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:13-CR-00053-KDB-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| STONEY SHEW, | |
| **Defendant.** | |

**THIS MATTER** is before the Court on Defendant's Motion to Terminate Supervised Release. (Doc. No. 561) ("Motion").

On March 24, 2014, Defendant pled guilty to one count of conspiracy to distribute and possession with intent to distribute and manufacture methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A) and one count of possessing and distributing pseudoephedrine, to be used to manufacture methamphetamine in violation of 21 U.S.C. §§ 841(c)(2) and 802(34)(K). Defendant was sentenced to 135 months of imprisonment and 5 years of supervised release. (Doc. No. 387).

Title 18 U.S.C. § 3583(e) states that a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1).

In support of his Motion, Defendant states that he has been clean for eleven years with two of those years being on the outside. Defendant further states that he has been invited to be a part of a

prison ministry called Kairos but cannot participate if he is on supervised release. Although commendable, Defendant has only been on supervised release for 31 months. Furthermore, the W.D.N.C. Probation Office does not submit requests for early termination until the supervisee has completed at least sixty percent of his or her term of supervision. The Court has reviewed and considered all relevant factors and will deny Defendant's motion, but will do so without prejudice to file again once Defendant has completed his third year of his supervised release term.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Terminate Supervised Release, (Doc. No. 561), is **DENIED** without prejudice. Defendant's term of supervised release shall continue as originally sentenced. The Clerk is directed to serve a copy of this Order on Defendant and the United States Probation Office.

**SO ORDERED.**

Signed: January 14, 2025

Kenneth D. Bell
United States District Judge